UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 25  A 11: 05

US DISTRICT COURT
HARTFORD CT

MICHELLE S. MOHNEY,

           Plaintiff,

v.

BOB'S, INC.,

           Defendant.

Civil Action
No. 303 CV 0421 (AWT)

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on October 22, 2003, voluntary petitions were filed by Bob's Stores, Inc. and its subsidiaries[1] in the United States Bankruptcy Court for the District of Delaware, which cases are presently pending under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") as Case Nos. 03-13254-LHK through 03-13258-LHK. Please take further notice that section 362 of the Bankruptcy Code stays the commencement or continuation of the above-captioned proceeding.

Dated: November 24, 2003

BOB'S STORES, INC., et al.

By their attorneys,

_____
Michael J. Pappone, P.C. (BBO#388900)
Macken Toussaint, Esq. (BBO# 645067)
Nancy A. Johnsen, Esq. (BBO# 653636)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

---

[1] The subsidiaries are the following entities: Bob's Stores Center, Inc.; Bob's H.C., Inc.; Bob's Inc.; and Bob's Non-Connecticut Operating Co.

LIBC/1842480.2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br><br>                              Plaintiff,<br><br>v.<br><br>BOB'S, INC.,<br><br>                              Defendant. | Civil Action<br>No. 303 CV 0421 (AWT) |

ORDER

ON CONSIDERATION of the Suggestion of Bankruptcy pursuant to title 11 of the United States Code, 11 U.S.C. § 101 et. seq., and in accordance with 11 U.S.C. § 362, the automatic stay provision, it is hereby ORDERED, ADJUDGED, and DECREED that all proceedings in the above-captioned matter are stayed.

Signed this ____ day of _____, 2003

By: _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BOB'S, INC.,<br><br>　　　　　　　　　　Defendant. | FILED<br><br>2003 NOV 25  A 11: 05<br><br>Civil Action<br>No.  303 CV 0421 (AWT)<br>DISTRICT COURT<br>HARTFORD CT |

CERTIFICATE OF SERVICE

　　I, Nancy A. Johnsen, hereby certify that on November 24, 2003 I caused a copy of this SUGGESTION OF BANKRUPTCY to be served upon the parties listed on the attached service list by first-class mail postage pre-paid.

　　　　　　　　　　　　　　　　　Nancy A. Johnsen, Esq. (BBO #653636)
　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　Boston, Massachusetts  02109
　　　　　　　　　　　　　　　　　Telephone (617) 570-1000
　　　　　　　　　　　　　　　　　Facsimile (617) 523-1231

LIBC/1842480.2

## SERVICE LIST

Judith D. Meyer, Esq.
152 Simsbury Road, P.O. Box 451
Avon, Connecticut, 06001-0451
(Plaintiff's attorney)

Courtney S. Lane (CT24789)
Kevin M. Kinne (CT24976)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-5553 (facsimile)
clane@cainhibbard.com (e-mail)
kkinne@cainhibbard.com (e-mail)

LIBC/1842480.2