UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br>Plaintiff, | : CIVIL ACTION NO. 3:03CV421 (AWT) |
| V. | : |
| BOB'S, INC.<br>Defendant. | : September 3, 2003 |

### MOTION TO AMEND COMPLAINT AND JOIN ADDITIONAL DEFENDANT

Pursuant to Rules 20 and 15 of the Federal Rules of Civil Procedure, and in accord with the timelines set forth in the parties' Form 26(f) as approved by the Court, plaintiff in the above captioned action hereby moves the Court for leave to join an additional party defendant, Eric Niedmann, and to amend her Complaint to include the additional defendant in the pleadings. As more fully set forth in the accompanying memorandum, filed of even date herewith, joinder of this new defendant is appropriate because plaintiff asserts the same Connecticut law claims against him, based upon the same occurrences, as against the current defendant. This joinder will not deprive the court of jurisdiction over the subject matter of this case, and the new defendant is subject to service of process.

GRANTED. The defendant has failed to establish that the proposed amendment would be futile, for substantially the reasons set forth in the plaintiff's reply (see Doc. # 9) with respect (1) to the relating back of the statutory claim, and (2) her allegations as to conduct that could be found to be extreme and outrageous. The Clerk shall docket the Amended Complaint. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/9/03

Law Office of Judith D. Meyer • P.O. Box 451, Avon, CT 06001 • Tel. (860) 678-7711
Page 1