United States District Court
District of Connecticut
FILED AT HARTFORD
12/8/03
Kevin F. Rowe, Clerk
By: M. Gothers
Deputy Clerk



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE S. MOHNEY, | : | CIVIL ACTION NO. 3:03CV421 (AWT) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| BOB'S, INC. and ERIC NIEDMANN | : | September 4, 2003 |
| Defendants. | : | |

## AMENDED COMPLAINT

### INTRODUCTION

1. Plaintiff brings the instant proceeding, raising federal and state law claims of gender discrimination, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-1 *et seq.*; and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §46a-60. Plaintiff also brings a pendent state law claim for intentional infliction of emotional distress, based upon the same set of operative facts.

### JURISDICTION

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 and the aforementioned statutory provisions. Plaintiff further invokes the supplemental

jurisdiction of this Court pursuant to 28 U.S.C. §1367 to hear and decide state law claims.

3. Defendant is an "employer" pursuant to 42 U.S.C. §2000e-1, and all jurisdictional prerequisites and conditions precedent to suit have been met.

## PARTIES

4. The Plaintiff is a female resident of Michigan, and a citizen of the United States.

5. Plaintiff was employed by Defendant Bob's Inc. from September 1995 to September 14, 2000.

6. At all times relevant to this Complaint, Plaintiff was employed as a Store Manager.

7. Defendant Bob's, Inc. is a Connecticut corporation with a principal place of business in Meriden, Connecticut.

8. At all times relevant to the Complaint, Defendant Eric Niedmann was plaintiff's direct supervisor.

## COUNT ONE: GENDER DISCRIMINATION AGAINST BOB'S, INC. UNDER TITLE VII

9. Throughout her employment with Defendant, Plaintiff performed her job duties satisfactorily or better, and received raises, bonuses and promotions.

10. In or about August and September 2000, at the direction of Defendant Eric Niedmann, Defendant Bob's Inc.'s managers conducted interviews with Plaintiff's subordinates about Plaintiff's character and performance, in an apparent attempt to collect solely negative information concerning Plaintiff.

11. On or about September 14, 2000, Defendants falsely accused Plaintiff of mistreating her store staff and of making derogatory remarks concerning Bob's, Inc.'s upper management, and terminated her employment with Bob's, Inc.

12. On information and belief, many male managers of Defendant Bob's, Inc. have threatened and intimidated female staff, and/or have made derogatory comments to staff concerning Bob's, Inc.'s upper management, and/or have had complaints lodged about their treatment of subordinates, but have not been similarly investigated, disciplined and/or terminated for that conduct.

13. On information and belief, defendant treated plaintiff adversely as compared to male employees because of plaintiff's gender, female.

14. Defendant Bob's, Inc.'s conduct in terminating Plaintiff's employment and in conducting its purported investigation of Plaintiff constituted a violation of Plaintiff's rights under 42 U.S.C. §2000e-5.

15. Defendant knew, or should have known, that its conduct violated Plaintiff's rights under federal law.

16. As a result of the aforesaid conduct, Plaintiff has suffered, and will continue to suffer, lost wages and benefits of employment, mental, physical and emotional distress, humiliation and embarrassment, damage to her personal and professional reputation, and loss of self-esteem.

**COUNT TWO: GENDER DISCRIMINATION AGAINST BOB'S, INC. AND ERIC NIEDMANN UNDER CFEPA**

17. Paragraphs 1 through 13 are hereby incorporated as if fully set forth herein.

18. Defendant Eric Niedmann incited, compelled, coerced, aided and/or abetted commission of the discriminatory acts at issue in violation of Conn. Gen. Stat. §46a-60(a)(5).

19. Defendants' conduct in terminating Plaintiff's employment and in conducting its purported investigation of Plaintiff constituted a violation of Plaintiff's rights under Conn. Gen. Stat. §46a-60(a)(1) and (5).

20. Defendants knew, or should have known, that their conduct violated Plaintiff's rights under federal and Connecticut law.

21. As a result of the aforesaid conduct, Plaintiff has suffered, and will continue to suffer, lost wages and benefits of employment, mental, physical and emotional distress, humiliation and embarrassment, damage to her personal and professional reputation, and loss of self-esteem.

**COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AS**

### AGAINST BOB'S INC. AND ERIC NIEDMANN

22. Paragraphs 1 through 13 are hereby incorporated as if fully set forth herein.

23. Defendants' conduct in conducting its purported investigation of Plaintiff, falsely accusing Plaintiff of misconduct when terminating her employment, and in discriminatorily terminating her employment, was extreme and outrageous.

24. Defendants' intended to cause Plaintiff to suffer emotional distress.

25. Plaintiff suffered severe emotional distress as a proximate result of Defendant's conduct.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

a. Award compensatory damages under Connecticut law and under 42 U.S.C. §2000e-5;

b. Award punitive damages under Connecticut law and under 42 U.S.C. §1981a;

c. Restore Plaintiff's lost earnings and benefits of employment;

d. Require Defendant to pay the costs and attorneys' fees reasonably necessary to prosecute this case; and

e. Grant Plaintiff such other and further relief as may be necessary and proper.

PLAINTIFF

MICHELLE S. MOHNEY

By _____
Judith D. Meyer
Fed. Bar No. ct04976
Law Offices of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel. (860) 678-7711
Fax (860) 677-6832
E-mail: judithdmeyer@igc.org
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 4th day of September, 2003, to the following counsel of record:

Courtney S. Lane, Esq.
Cain Hibbard Myers & Cook PC
66 West Street
Pittsfield, MA 01201-5764

_____
Judith D. Meyer