UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br><br>                           Plaintiff,<br>v.<br><br>BOB'S INC. and ERIC NIEDMANN,<br><br>                          Defendants. | Civil Action<br>No. 303 CV 0421 (AWT) |

## MOTION TO EXTEND TIME TO RESPOND
## TO PLAINTIFF'S AMENDED COMPLAINT

    Without waiver of the effect, if any, of the automatic stay on the above-captioned civil action, Defendant Eric Niedmann, by his undersigned counsel, hereby moves to extend the time by which he must answer or otherwise respond to Plaintiff's Amended Complaint through and including May 31, 2004.

    Opposing counsel has agreed to this extension. This is the first motion for extension of time filed by Defendant Eric Niedmann.

Dated: May 14, 2004

                                                    BOB'S INC. and ERIC NIEDMANN,
                                                    Defendants,

                                                    By its attorneys,

                                                    */s/ Courtney S. Lane*
                                                    Courtney S. Lane, Esq. (CT24789)
                                                    Kevin M. Kinne, Esq. (CT24976)
                                                    Cain Hibbard Myers & Cook, PC
                                                    309 Main Street
                                                    Great Barrington, MA 01230
                                                    (413) 443-4771 (telephone)
                                                    (413) 528-5553 (facsimile)

## CERTIFICATE OF SERVICE

I, Courtney S. Lane, Esquire, hereby certify that on May 14, 2004, I served a copy of the foregoing document upon the counsel of record for the Plaintiff by mailing a copy via first class mail, postage prepaid to:

    Judith D. Meyer
    152 Simsbury Road, P.O. Box 451
    Avon, CT  06001-0451

                                            _____
                                            Courtney S. Lane