UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -1  A 11: 47

U.S. DISTRICT COURT
HARTFORD, CT.

| MICHELLE S. MOHNEY, |
| :--- |
| Plaintiff, |
| v. |
| BOB'S INC. and ERIC NIEDMANN, |
| Defendants. |

Civil Action
No. 303 CV 0421 (AWT)

## SECOND MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Without waiver of the effect, if any, of the automatic stay on the above-captioned civil action, Defendant Eric Niedmann, by his undersigned counsel, hereby moves to extend the time by which he must answer or otherwise respond to Plaintiff's Amended Complaint through and including June 30, 2004, or until such time as the Bankruptcy Court has entered the Stipulated Order Granting Relief From the Automatic Stay (the "Stipulated Order"), attached hereto as *Exhibit A*.

Through the Stipulated Order, the Plaintiff has agreed to stay the action against Defendant Eric Niedmann. As this Court is aware, the action is already stayed against the Debtors, Bob's Inc. Opposing counsel has agreed to this extension.

CSL/5/14/2004/010227/0077-009/202920

Dated: May 28, 2004

BOB'S INC. and ERIC NIEDMANN,
Defendants,

By its attorneys,

_____
Courtney S. Lane, Esq. (CT24789)
Kevin M. Kinne, Esq. (CT24976)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA  01230
(413) 443-4771 (telephone)
(413) 528-5553 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Courtney S. Lane, Esquire, hereby certify that on May 28, 2004, I served a copy of the foregoing document upon the counsel of record for the Plaintiff by mailing a copy via first class mail, postage prepaid to:

    Judith D. Meyer
    152 Simsbury Road, P.O. Box 451
    Avon, CT 06001-0451

                                                      _____
                                                      Courtney S. Lane

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>BSI HOLDING CO., INC.,<br>f/k/a BOB'S STORES, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 03-13254 (LHK), et seq.<br>(Jointly Administered) |

## STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

WHEREAS, on October 22, 2003 (the "Petition Date"), BSI Holding Co., Inc., et al. f/k/a Bob's Stores, Inc. and its affiliated debtors in possession in the above-captioned Chapter 11 cases (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, and since the Petition Date have continued to manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code; and

WHEREAS, Michelle S. Mohney (the "Claimant") asserts a prepetition claim against the Debtors and Eric Niedmann represented by the Claimant's proof of claim docked on the Claims Register as Claim No. 409 (the "Claim") on account of various causes of action set forth in the Amended Complaint filed in the United States District Court for the District of Connecticut (the "District Court") on December 8, 2003, docketed as Civil Case No. 3:03CV421(AWT) (the "District Court Litigation"); and

WHEREAS, the Debtors and Mr. Niedmann object to the validity of the Claim and intend, if necessary, to file an objection to the Claim in this Court; and

WHEREAS, the Debtors also intend to pursue injunctive relief and other relief against the Claimant to enforce the automatic stay in the event the Claimant does not withdraw the

---

[1] The Debtors are the following entities: BSI Holding Co., Inc., f/k/a Bob's Stores, Inc.; BSC Holding Co., Inc., f/k/a Bob's Stores Center, Inc.; Wind Down Corporation, f/k/a Bob's H.C., Inc.; BI Retail, Inc., f/k/a Bob's Inc.; and BNCO, Inc., f/k/a Bob's Non-Connecticut Operating Co.

Amended Complaint because the Amended Complaint was filed after the Petition Date without first seeking relief from the automatic stay; and

WHEREAS, the parties have agreed that the most cost-effective resolution of the foregoing matters is an amicable resolution that might be achieved through mediation, and that such mediation could reasonably occur before further litigation is necessary;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED** as follows:

1. The automatic stay under 11 U.S.C. § 362(a) is hereby modified (to the extent it applies) solely to permit the Debtors, Mr. Niedmann, and the Claimant to engage in mediation and out-of-court settlement negotiations in connection with (i) the validity and amount of the Claim, and (ii) the Debtors' proposed injunctive relief and other relief against the Claimant to enforce the automatic stay. The parties agree that such mediation and negotiations will commence within a reasonable time after entry hereof by the Court and will be conducted in good faith, all parties reserving their respective positions unless and until a settlement agreement is executed. In the event the parties execute any settlement agreement in connection with the matters described in this stipulation, such settlement agreement shall be subject to approval by the Court in accordance with Fed. R. Bankr. P. 9019(a).

2. In the event the parties have been unable to resolve the matters set forth in Paragraph 1 of this order by the Effective Date of a plan confirmed by this Court: (A) the Claimant shall be permitted, in the Claimant's sole discretion, to seek additional relief from the automatic stay to resolve the validity and amount of the Claim through the District Court Litigation, provided that the Claimant has cooperated in good faith in mediation and settlement negotiations as described in Paragraph 1, and further provided that the Debtors and Mr. Niedmann shall be given a reasonable period of time to respond to the Complaint after the

automatic stay has been lifted; and (B) the Debtors shall be permitted, in their sole discretion, to file a complaint against the Claimant seeking injunctive relief in connection with the continuation of the District Court Litigation and other relief in connection with Claimant's alleged violations of the automatic stay provided that the Debtors have cooperated in good faith in mediation and settlement negotiations as described in Paragraph 1. Unless and until the Court has entered an order allowing the Claim in a stated dollar amount, the Claim shall be treated for all purposes in these cases as a disputed, non-contingent, unliquidated claim.

3.  Until further order of the Court, the automatic stay shall remain in effect for all other purposes, including but not limited to (i) the continuation of the District Court Litigation against the Debtors and Mr. Niedmann; and (ii) any other efforts to fix the validity or amount of the Claim against the Debtors, including but not limited to any attempts to obtain a determination of the validity or amount of the Claim against any agents or representatives of the Debtors to the extent such determination might result in the assertion of liability against the Debtors and/or an assertion of issue preclusion with respect to the validity or amount of the Claim.

4.  The undersigned represent and warrant that they have full authority to execute this stipulated order on behalf of their respective clients and that their respective clients have full knowledge of and have consented to the execution and entry of this stipulated order.

5.  Except as expressly provided for herein, the parties reserve all of their respective rights, claims and defenses with respect to all claims.

THE FOREGOING TERMS ARE HEREBY APPROVED AND ENTERED AS AN ORDER OF THE COURT.

Dated:_____          _____
       Wilmington, Delaware            HONORABLE LOUIS H. KORNREICH
                                       UNITED STATES BANKRUPTCY JUDGE

AGREED TO BY:

*[signature]*

David M. Fournier (DE No. 2812)
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

- and -

Michael J. Pappone, P.C.
Macken Toussaint, Esq.
Peter D. Bilowz, Esq.
Nancy A. Johnsen, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

*Attorneys for the Debtors, BSI Holding Co., Inc., f/k/a Bob's Stores, Inc. et al.*

Date: May 26, 2004

Judith D. Meyer, Esq. (Fed. Bar No. ct04976)
Law Offices of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-451
Telephone (860) 678-7711
Facisimile (860) 677-6832

*Attorneys for the Claimant*

Courtney S. Lane (Fed. Bar No. CT24789)
Kevin M. Kinne (Fed. Bar No. CT24976)
CAIN HIBBARD MYERS & COOK, PC
66 West Street
Pittfield, MA 01201
Telephone (413) 443-4771
Facisimile (413) 528-5553

*Attorneys for Mr. Niedmann*

-4-
LIBC/1942218.2

AGREED TO BY:

---

David M. Fournier (DE No. 2812)
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

- and -

Michael J. Pappone, P.C.
Macken Toussaint, Esq.
Peter D. Bilowz, Esq.
Nancy A. Johnsen, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

*Attorneys for the Debtors, BSI Holding Co., Inc., f/k/a Bob's Stores, Inc. et al.*

Date: May 26, 2004

---

Judith D. Meyer, Esq. (Fed. Bar No. ct04976)
Law Offices of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-451
Telephone (860) 678-7711
Facsimile (860) 677-6832

*Attorneys for the Claimant*

---

Courtney S. Lane (Fed. Bar No. CT24789)
Kevin M. Kinne (Fed. Bar No. CT24976)
CAIN HIBBARD MYERS & COOK, PC
66 West Street
Pittfield, MA 01201
Telephone (413) 443-4771
Facsimile (413) 528-5553

*Attorneys for Mr. Niedmann*

-4-

LIBC/1942218.2

AGREED TO BY:

David M. Fournier (DE No. 2812)
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

- and -

Michael J. Pappone, P.C.
Macken Toussaint, Esq.
Peter D. Bilowz, Esq.
Nancy A. Johnsen, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

*Attorneys for the Debtors, BSI Holding Co., Inc., f/k/a Bob's Stores, Inc. et al.*

Date: May 26, 2004

Judith D. Meyer, Esq. (Fed. Bar No. ct04976)
Law Offices of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-451
Telephone (860) 678-7711
Facsimile (860) 677-6832

*Attorneys for the Claimant*

/s/ Courtney S. Lane

Courtney S. Lane (Fed. Bar No. CT24789)
Kevin M. Kinne (Fed. Bar No. CT24976)
CAIN HIBBARD MYERS & COOK, PC
66 West Street
Pittfield, MA 01201
Telephone (413) 443-4771
Facsimile (413) 528-5553

*Attorneys for Mr. Niedmann*

-4-

LIBC/1942218.2