03cv421 mtnext



Extension GRANTED to and including June 30, 2004, or until such time as the Bankruptcy Court has entered the stipulated Order Granting Relief From the Automatic Stay. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 06/7/04

FILED

2004 JUN -7 P 3:02

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -1  A 11: 47

U.S. DISTRICT COURT
HARTFORD, CT.

---

MICHELLE S. MOHNEY,

Plaintiff,

v.

BOB'S INC. and ERIC NIEDMANN,

Defendants.

---

Civil Action
No.  303 CV 0421 (AWT)

---

### SECOND MOTION TO EXTEND TIME TO RESPOND
### TO PLAINTIFF'S AMENDED COMPLAINT

Without waiver of the effect, if any, of the automatic stay on the above-captioned civil action, Defendant Eric Niedmann, by his undersigned counsel, hereby moves to extend the time by which he must answer or otherwise respond to Plaintiff's Amended Complaint through and including June 30, 2004, or until such time as the Bankruptcy Court has entered the Stipulated Order Granting Relief From the Automatic Stay (the "Stipulated Order"), attached hereto as *Exhibit A*.

Through the Stipulated Order, the Plaintiff has agreed to stay the action against Defendant Eric Niedmann.  As this Court is aware, the action is already stayed against the Debtors, Bob's Inc.  Opposing counsel has agreed to this extension.

CSL/5/14/2004/010227/0077-009/202920