UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
MICHELLE S. MOHNEY,           :
                              :
     Plaintiff,               :
                              :
v.                            :     Civil No. 3:03CV00421(AWT)
                              :
BOB'S INC. and ERIC NIEDMANN, :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

__X__ A settlement conference (orefmisc./cnf)

_____ Other:_____ (orefmisc./misc)

It is so ordered.

Dated this 12th day of August, 2004, at Hartford, Connecticut.

/s/
_____
Alvin W. Thompson
United States District Judge