UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BOB'S INC. and ERIC NIEDMANN,<br><br>　　　　　　　　Defendants. | Civil Action<br>No. 303 CV 0421 (AWT) |

## NOTICE OF APPEARANCE

TO THE CLERK:

Pursuant to Rule 83.1(c)(1) of the Local Rules of Civil Procedure of the United States District Court, District of Connecticut, please enter the undersigned's appearance as local counsel for Defendants Bi Retail, Inc. (formerly Bob's, Inc.) and Eric Niedmann in the above-captioned case.

Dated: October 21st, 2004

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BI RETAIL, INC. and ERIC NIEDMANN,
　　　　　　　　　　　　　　　　　　Defendants,

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ronald E. Kowalski II (CT#10571)
　　　　　　　　　　　　　　　　　　Cacace, Tusch & Santagata
　　　　　　　　　　　　　　　　　　777 Summer Street
　　　　　　　　　　　　　　　　　　Stamford, CT, 06901
　　　　　　　　　　　　　　　　　　(203) 327-2000 (phone)
　　　　　　　　　　　　　　　　　　(203) 353-3392 (fax)
　　　　　　　　　　　　　　　　　　RKowalski@lawcts.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on October 21, 2004, I served a copy of the foregoing document upon the counsel of record for all parties by First Class Mail to:

>Judith D. Meyer, Esq.
>Law Offices of Judith D. Meyer
>283 Oxford Street
>Hartford, CT 06105
>Telephone (860) 678-7711
>Facsimile (860) 677-6832
>
>Courtney S. Lane, Esq.
>Kevin M. Kinne, Esq.
>Cain Hibbard Myers & Cook, PC
>309 Main Street
>Great Barrington, MA  01230
>Telephone (413) 443-4771
>Facsimile (413) 528-5553

_____
Ronald Kowalski

2