UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE S. MOHNEY,<br><br>                          Plaintiff,<br><br>v.<br><br>BOB'S INC. and ERIC NIEDMANN,<br><br>                          Defendants. | Civil Action<br>No. 303 CV 0421 (AWT) |

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the undersigned's appearance as counsel for Defendants BSI Holding Co., Inc. (formerly Bob's, Inc.) and Eric Niedmann in the above-captioned case.

Dated: October 25, 2004

Respectfully submitted,

BSI HOLDING CO., INC. and ERIC NIEDMANN,
Defendants,

By their attorneys,

_____
Kevin M. Kinne, Esq.
Federal Bar I.D. Number CT24976
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA  01230
(413) 443-4771 (telephone)
(413) 528-5553 (facsimile)

## CERTIFICATE OF SERVICE

I, Kevin M. Kinne, Esquire, hereby certify that on October 25, 2004, I served a copy of the foregoing document upon the counsel of record by Overnight Mail to:

>Judith D. Meyer, Esq.
>Law Offices of Judith D. Meyer
>283 Oxford Street
>Hartford, CT 06105
>Telephone (860) 678-7711
>Facsimile (860) 677-6832

_____
Kevin M. Kinne