UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 29 P 12:52

U.S. DISTRICT COURT
HARTFORD, CT.

MICHELLE S. MOHNEY

v.                                    Case Number: 3:03CV421 (AWT)

BOB'S INC.,
ERIC NEIDMANN

NOTICE TO COUNSEL
-------------------

   The above-entitled case was reported to the Court on <u>October 28, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within sixty (60) days thereafter.

   Accordingly, an order of dismissal will be entered on December 27, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

   Dated at Hartford, Connecticut, October 29, 2004.


                              KEVIN F. ROWE, CLERK

                              By: _____
                                  Robert K. Wood
                                  Deputy Clerk


EOD_____