UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHELLE S. MOHNEY              :

      v.                          :        CASE NO. 3:03CV421 (AWT)

BOB'S, INC.                     :

<u>JUDGMENT</u>

Counsel of record having reported to the court on October 28, 2004, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 10th day of February, 2005.

KEVIN F. ROWE, Clerk

By:_____
                    Sandra Smith
                    Deputy Clerk

EOD _____